**07 CR 853**

JUDGE RONALD GUZMAN

MAGISTRATE JUDGE
GERALDINE SOAT BROWN

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

**FILED**

JUN 1 1 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints? **NO** ☒   **YES** ☐   If the answer is "Yes", list the case number and title of the earliest filed complaint:

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
   **NO** ☐   **YES** ☒   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):
   United States v. Robert Brunt, et al, 07 CR 853, Judge Guzman

3) Is this a re-filing of a previously dismissed indictment or information?   **NO** ☒   **YES** ☐
   If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
   **NO** ☒   **YES** ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   **NO** ☒   **YES** ☐

6) What level of offense is this indictment or information?   **FELONY** ☒   **MISDEMEANOR** ☐

7) **Does this indictment or information involve eight or more defendants?**   **NO** ☒   **YES** ☐

8) Does this indictment or information include a conspiracy count?   **NO** ☒   **YES** ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

| | | |
|---|---|---|
| ☐ Homicide ...... (II) | ☐ Assault ........ (III) | ☐ Income Tax Fraud .. (II) |
| ☐ Criminal Antitrust (II) | ☐ Burglary ....... (IV) | ☒ Postal Fraud ....... (II) |
| ☐ Bank robbery .... (II) | ☐ Larceny and Theft (IV) | ☐ Other Fraud ....... (III) |
| ☐ Post Office Robbery (II) | ☐ Postal Embezzlement (IV) | ☐ Auto Theft ........ (IV) |
| ☐ Other Robbery .. (II) | ☐ Other Embezzlement (III) | ☐ Transporting Forged Securi- |

(Revised 12/99)

ties                    (III)
☐ Forgery       ........ (III)
☐ Counterfeiting  .....
(III)
☐ Sex Offenses  ......
(II)
☐ DAPCA Marijuana  . (III)
☐ DAPCA Narcotics .. (III)

☐ DAPCA Controlled Substances       (III)
☐ Miscellaneous General Offenses              (IV)
☐ Immigration Laws  ... (IV)
☐ Liquor, Internal Revenue Laws            (IV)
☐ Food & Drug Laws ... (IV)
☐ Motor Carrier Act .... (IV)
☐ Selective Service Act    (IV)
☐ Obscene Mail   ......
   (III)
☐ Other Federal Statutes   (III)
☐ Transfer of Probation Jurisdiction         (V)

10) List the statute of each of the offenses charged in the indictment or information.

18 U.S.C. § 1341; 18 U.S.C. § 1343; 18 U.S.C. § 2

_____
James M. Kuhn, Sr.
Assistant United States Attorney

(Revised 12/99)