Minute Order Form (rev. 4/99)

**MAGISTRATE JUDGE
GERALDINE SOAT BROWN**

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | **JUDGE RONALD GUZMAN** | Sitting Judge if Other Than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 CR 0853 | DATE | JUNE 11, 2008 |
| CASE TITLE | US v. ROBERT BRUNT, et al | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd-party plaintiff, and (b) state briefly the nature of the motion being presented.)

### GRAND JURY PROCEEDING AND REQUEST TO SEAL

The Grand Jury for the SPECIAL MARCH 2007 Session, a quorum being present, returns the above-entitled indictment in open Court this date before Judge or Magistrate Judge _____

**Docket Entry:**

TO ISSUE BENCH WARRANT. PREVIOUS DETENTION ORDER TO STAND AS TO ROBERT BRUNT. TO ISSUE BENCH WARRANT AND SET PRELIMINARY BAIL AT $4500.00 AND THAT DEFENDANT BE ALLOWED TO SIGN OWN RECOGNIZANCE BOND AS TO TRACEY SCULLARK. TO ISSUE BENCH WARRANT. THE GOVERNMENT WILL SEEK TO HAVE THE DEFENDANT DETAINED WITHOUT BOND PURSUANT TO TITLE 18, UNITED STATES CODE, SECTION 3142 AS TO WALTER JACKSON. DETENTION ORDER PREVIOUSLY REQUESTED IN 07 CR 853 IS RESCINDED AS TO ARMANI D'AIFALLAH. TO SET PRELIMINARY BAIL AT $4500.00 AND THAT DEFENDANTS BE ALLOWED TO SIGN OWN RECOGNIZANCE BONDS AS TO ARMANI D'AIFALLAH, JOHN FARANO AND DOUGLAS BLANCHARD. THE DISTRICT COURT CLERK'S OFFICE IS DIRECTED TO DISCLOSE TO THE ASSISTANT U.S. ATTORNEY ASSIGNED TO THIS CASE FOR THE GOVERNMENT, THE NAME OF THE JUDGE, MAGISTRATE JUDGE, DOCKET NUMBER ASSIGNED TO THIS CASE, IN ORDER TO EXPEDITE ARRAIGNMENT OF THE ARRESTED DEFENDANTS. THIS INFORMATION IS TO REMAIN SEALED UNTIL JUNE 18, 2008 AT 8:00 A.M. OR BY FURTHER ORDER OF THE COURT. DO NOT SEAL ARREST WARRANTS.

**FILED**
JUN 1 1 2008

SIGNATURE OF JUDGE OR MAGISTRATE JUDGE _____ (ONLY IF FILED UNDER SEAL)

BW Issued for Defendants 1,2,5

JUN 1 2 2008

Date/time received in Central Clerk's office

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

- No notices required, advised in open court.
- No notices required.
- Notices mailed by judge's staff.
- Notified counsel by telephone.
- Docketing to mail notices
- Mail AO 450 form.
- Copy to judge/magistrate judge.

Courtroom Deputy Initials

Date docketed
Docketing dpty. initials
Date mailed notice
Mailing dpty. initials