## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | Geraldine Soat Brown |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 853 - 2 | **DATE** | 6/18/2008 |
| **CASE TITLE** | USA vs. Tracey Scullark | | |

**DOCKET ENTRY TEXT**

Arraignment and initial appearance held on 6/18/08 as to Tracey bScullark (2) on superseding indictment. Defendant appears in response to the arrest on 6/18/08. Defendant informed of her rights. Enter Order appointing Gerald J. Collins as counsel for defendant. Defendant waives formal reading of the indictment. Defendant enters plea of not guilty as charged in the superseding indictment. Rule 16.1(a) conference to be completed by 6/25/08. Any pretrial motions should be filed by 7/2/08. Response to be filed by 7/9/08. Status hearing before Judge Guzman on 7/10/08 at 10:30 a.m. Government and defendant agree to certain conditions of release. Enter Order Setting Conditions of Release. Enter excludable time from 6/18/08 to 7/10/08 pursuant to 18 U.S.C. §3161(h)(1).    (X-T)

■ [ For further detail see separate order(s).]    Docketing to mail notices.

00:09

| | U.S. DISTRICT COURT FILED 2008 JUN 18 PM 4:36 FILED-EDC | Courtroom Deputy Initials: | yp |
|---|---|---|---|