# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

| IN UNITED STATES | ☐ MAGISTRATE | ☒ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |
|---|---|---|---|---|

IN THE CASE OF: United States vs. Tracey Scullark
FOR: Northern
AT: IL

LOCATION NUMBER: 

PERSON REPRESENTED (Show your full name): TRACEY SCULLARK

DOCKET NUMBERS
Magistrate: 
District Court: 07CR 853-2
Court of Appeals: 

Charges checked:
- ☒ Felony — Defendant - Adult
- ☐ Misdemeanor

CHARGE/OFFENSE: 18 USC 1341, 1343 BANK FRAUD, WIRE FRAUD

Stamped: FILED JUN 18 2008 MICHAEL W. DOBBINS, CLERK, U.S. DISTRICT COURT
Date: 6-18-08

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
- Are you now employed? ☐ Yes  ☐ No  ☒ Am Self Employed
- Name and address of employer: Genesis Investment Company (NAMED INVESTMENT)
- IF YES, how much do you earn per month? $ -0-
- IF NO, give month and year of last employment. How much did you earn per month? $ ___
- If married is your Spouse employed? ☐ Yes  ☐ No
- IF YES, how much does your Spouse earn per month? $ ___
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☒ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

**CASH**
- Have you any cash on hand or money in savings or checking account? ☐ Yes  ☒ No  IF YES, state total amount $ ___

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☒ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT: VALUE $ 10-20,000 EQUITY  DESCRIPTION: House

### OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS: ☒ Separated or Divorced
- Total No. of Dependents: 1

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| | Food | $ | $ 200 |
| | Mortgage | $ | $ 2500 |
| | Assessment | $ | $ 500 |
| | Utilities | $ | $ 150 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) JUNE 18, 2008

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): /s/ Tracey Scullark