# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ronald A. Guzman | **Sitting Judge if Other than Assigned Judge** | Geraldine Soat Brown |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 853 - 2 | **DATE** | 8/18/2008 |
| **CASE TITLE** | USA vs. Tracey Scullark | | |

**DOCKET ENTRY TEXT**

Status hearing on proposed new conditions of release held. By agreement of the parties and the pretrial service officer, the additional condition is added to the defendant's Conditions of Release: Defendant may reside with co-defendant Robert Brunt.

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:05

| | Courtroom Deputy Initials: | NTF |
|---|---|---|